# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
February 12, 2020

| | |
|---|---|
| In re:<br>    Integrity Graphics, Inc.<br>                    Debtor* | Case Number: 17–21513 jjt<br>Chapter: 7 |
| Bonnie C. Mangan, Trustee<br>                    Plaintiff(s)<br>v.<br>People's United Bank, N.A. et al.<br>                    Defendant(s) | Adversary Proceeding<br>No.: 19–02027 jjt |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **March 12, 2020** at **11:00 AM** to consider and act upon the following matter(s):

> Motion to Dismiss Counts I, II, III, IV, VI and VII of the Adversary Proceeding Complaint Filed by Scott D. Rosen on behalf of GHP Media Inc., Joseph Lavalla, People's United Bank, N.A., Defendants. (Re: Doc #19)

**OBJECTION(S) DUE:** March 5, 2020 before 4:00 p.m. Untimely objections may not be considered.

**TO THE FILING PARTY:** If the you or your attorney fail to participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: February 12, 2020

For the Court

Pietro Cicolini
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112