**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 17-21513 (JJT) |
| INTEGRITY GRAPHICS, INC., | ) | |
| | ) | |
| DEBTOR. | ) | |
| | ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for | ) | |
| INTEGRITY GRAPHICS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Adv. Pro. No. 19-02027 |
| | ) | |
| v. | ) | |
| | ) | Re: ECF No. 68 & 69 |
| PEOPLE'S UNITED BANK, N.A., | ) | |
| GHP MEDIA INC. AND JOSEPH LAVALLA, | ) | |
| | ) | |
| Defendants. | ) | |

**TRUSTEE'S MOTION, *ON CONSENT,* TO EXTEND THE TIME**
**TO FILE A RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

Bonnie Mangan, Chapter 7 Trustee (the "Trustee") of Integrity Graphics, Inc. (the

"Debtor"), by and through her attorneys, hereby moves for a thirty (30) day extension of time to

respond to the Motion to Dismiss Counts II, IV and VI (the "Motion to Dismiss"), filed by

People's United Bank, N.A., GHP Media Inc. and Joseph Lavalla (collectively, the

"Defendants") (ECF Nos. 68 & 69) in the above captioned adversary proceeding.  In support

thereof, the Trustee states as follows:

1.    The Defendants filed the Motion to Dismiss on January 15, 2021.

2.    The response date for the Motion to Dismiss is February 5, 2021.

3.     The undersigned respectfully requests a thirty (30) day extension of time to file a response to the Motion to Dismiss until March 8, 2021.  The extension of time is requested because the undersigned requires additional time to prepare a response to the Motion to Dismiss.

4.     **The undersigned has conferred with counsel for the all parties who could be affected by this motion and can represent that this motion may be granted with the consent of all such parties.**

WHEREFORE, the Trustee respectfully requests that the time to file a response to the Motion to Dismiss currently set for February 5, 2021, be extended to March 8, 2021.

Dated at Milford, Connecticut, this 2nd day of February, 2021.

BONNIE C. MANGAN,
CHAPTER 7 TRUSTEE OF
INTEGRITY GRAPHICS, INC.

By:/s/ David C. Shufrin
        David C. Shufrin, Esq. [ct29230]
        HURWITZ, SAGARIN, SLOSSBERG
        & KNUFF, LLC
        147 North Broad Street
        Milford, CT 06460
        Tel: 203-877-8000/Fax: 203-878-9800
        DShufrin@hssklaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the date set forth below a copy of the foregoing was served by

CMECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be

sent by email to all parties by operation of the Court's electronic filing system or by mail to

anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties

may access this filing through the Court's CM/ECF System.

Date: February 2, 2021

/s/ David C. Shufrin_____
David C. Shufrin