-1-

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | |
|---|---|
| IN RE:<br><br>INTEGRITY GRAPHICS, INC.,<br><br>    Debtor.<br><br>―――――――――――――――――<br>BONNIE C. MANGAN, Chapter 7 Trustee<br>for INTEGRITY GRAPHICS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PEOPLE'S UNITED BANK, N.A.,<br>GHP MEDIA INC. AND JOSEPH LAVALLA,<br><br>    Defendants. | CHAPTER 7<br><br>CASE NO. 17-21513 (JJT)<br><br><br><br><br><br>Adv. Pro. No. 19-02027 |

## **APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as attorney for the defendant Joseph Lavalla in the above-captioned adversary proceeding.

| | |
|---|---|
| Dated:  June 15, 2021 | /s/ Charles J. Filardi, Jr.<br>Charles J. Filardi, Jr.<br>Federal Bar No. ct09809<br>Reid and Riege, P.C.<br>One Financial Plaza<br>Hartford, CT  06103<br>Tel. (860) 240-1076<br>Fax (860) 240-1002<br>cfilardi@rrlawpc.com |

-1-

-2-

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 15th day of June, 2021, the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Charles J. Filardi, Jr.
Charles J. Filardi, Jr.

25521.000/752119.1