**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| ) | CASE NO. 17-21513 (JJT) |
| INTEGRITY GRAPHICS, INC., ) | |
| ) | |
| DEBTOR. ) | |
| ) | |
| BONNIE C. MANGAN, Chapter 7 Trustee for ) | |
| INTEGRITY GRAPHICS, INC., ) | |
| ) | |
| Plaintiff, ) | Adv. Pro. No. 19-02027 |
| ) | |
| v. ) | |
| ) | |
| PEOPLE'S UNITED BANK, N.A., ) | |
| GHP MEDIA INC. AND JOSEPH LAVALLA, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME**

Bonnie C. Mangan, Chapter 7 Trustee for Integrity Graphics, Inc. (the "Trustee"), hereby moves for a sixty (60) day extension of the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses. In support thereof, the undersigned represents as follows:

1. On July 19, 2021, this Court entered an Initial Pretrial Order in this adversary proceeding [Doc. #101].

2. The Initial Pretrial Order provided that: "Any party that intends to call an expert at trial in connection with any claim or defense for which that party has the burden of proof shall serve opposing counsel with reports from retained experts pursuant to Fed R. Civ. P. 26(a)(2) by March 1, 2022."

3. On February 14, 2022, the Trustee filed the following two applications with the Court seeking to employ expert witnesses (the "Applications to Employ"):

    a. Application to Employ Empire Valuation Consultants, LLC as Expert Witness and Consultant [Doc. # 87 in Case No. 17-21513); and

    b. Application to Employ T.B. Harski & Associates, LLC as Expert Witness and Consultant [Doc. # 88 in Case No. 17-21513].

4. On February 16, 2022, the Court scheduled a hearing on the Applications to Employ, which hearing is to be held on March 3, 2022 [Doc. # 89 in Case No. 17-21513].

5. The Trustee cannot retain the expert witnesses or cause them to prepare reports until the Court approves the Trustee's retention of the experts.

6. Additionally, the Trustee has not received any document production from the Defendants in response to the Trustee's discovery requests, which documents will need to be reviewed by the Trustee's experts. Counsel are meeting and conferring on these discovery matters in an effort to avoid any discovery related motions.

For the foregoing reasons, the Trustee respectfully requests a sixty (60) day extension of the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses.

Dated at Trumbull, Connecticut on this 1st day of March, 2022.

> BONNIE C. MANGAN,
> CHAPTER 7 TRUSTEE OF
> INTEGRITY GRAPHICS, INC.
>
> By: /s/ David C. Shufrin
> David C. Shufrin, Esq. [ct29230]
> SHUFRIN LAW GROUP
> 21 Frelma Drive
> Trumbull, CT 06611
> Tel: 203-307-5001
> David@Shufrinlaw.com

CERTIFICATE OF SERVICE

    I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Date: March 1, 2022

                                                     /s/ David C. Shufrin
                                                   David C. Shufrin