# United States Bankruptcy Court

## District of Connecticut



In re:
    Integrity Graphics, Inc.
        Debtor*

Case Number: 17−21513 jjt
Chapter: 7

Bonnie C. Mangan, Trustee
        Plaintiff(s)
v.
People's United Bank, N.A. et al.
        Defendant(s)

Adversary Proceeding
No.: 19−02027 jjt

### ORDER GRANTING MOTION TO EXTEND TIME

Bonnie C. Mangan, Trustee (the "Trustee"), filed a Motion to extend the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses dated March 1, 2022 (the "Motion", ECF No. 104). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion; it is hereby

**ORDERED:** The Motion is GRANTED and remaining deadlines set forth in the Court's Initial Pretrial Order (ECF No. 101), shall be extended by sixty (60) days. Accordingly, it is further

**ORDERED:** That on or before April 30, 2022, the party that intends to call an expert at trial in connection with any claim or defense for which that party has the burden of proof shall serve opposing counsel with reports from retained experts pursuant to Fed R. Civ. P. 26(a)(2). Depositions of any such experts will be completed by July 5, 2022; and it is further

**ORDERED:** That on or before May 31, 2022, any party that intends to call an expert at trial to rebut any opinions from any expert(s) disclosed shall serve opposing counsel with reports from retained experts pursuant to Fed R. Civ. P. 26(a)(2). Depositions of any such experts will be completed by July 5, 2022; and it is further

**ORDERED:** That on or before July 12, 2022, damages analysis will be provided by any party who has a claim or counterclaim for damages; and it is further

**ORDERED:** Dispositive motions will be filed on or before July 26, 2022; and it is further

**ORDERED:** That Parties may amend their pleadings prior to May 27, 2022, provided however, that all parties reserve their rights under Fed. R. Civ. P. 15 and all other applicable law to contest any motion to amend the pleadings, including objections on the basis of timeliness.

**ORDERED:** That on or before (a) August 30, 2022, or (b) if one or more motion(s) for summary judgment has been filed, sixty (60) days after the Court's ruling on such motion(s) the parties shall file a joint pretrial statement; and it is further

**ORDERED:** That on or before September 14, 2022, parties shall exchange initial disclosures, pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(a); and it is further

**ORDERED:** That a Final Pretrial Conference will be held on September 1, 2022 at 11:00 AM at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Hartford, CT 06103. Trial shall commence on September 27, 2022 at 10:00 at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Hartford, CT 06103.

Dated: March 4, 2022

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

*For the purposes of this order, "Debtor" means "Debtors" where applicable.