**UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION**

| | |
|---|---|
| BONNIE C. MANGAN, Chapter 7 Trustee for<br>INTEGRITY GRAPHICS, INC., <br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE'S UNITED BANK, N.A.,<br>GHP MEDIA INC. AND JOSEPH LAVALLA,<br><br>    Defendants. | )<br>)<br>)<br>)   Adv. Pro. No. 19-02027<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION FOR EXTENSION OF TIME ON CONSENT**

    Bonnie C. Mangan, Chapter 7 Trustee for Integrity Graphics, Inc. (the "Trustee"), with the consent of the Defendants, People's United Bank, N.A. and GHP Media Inc., hereby moves for an additional ninety (90) day extension of the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses. In support thereof, the undersigned represents as follows:

    1.    On July 19, 2021, this Court entered an Initial Pretrial Order in this adversary proceeding [Doc. #101].

    2.    The Initial Pretrial Order provided that: "Any party that intends to call an expert at trial in connection with any claim or defense for which that party has the burden of proof shall serve opposing counsel with reports from retained experts pursuant to Fed R. Civ. P. 26(a)(2) by March 1, 2022."

    3.    On March 4, 2022, the Court approved applications to employee the Trustee's two expert witnesses [Doc. # 94 & 95 in Case No. 17-21513].

4.    On March 4, 2022, the Court granted the Trustee's motion for a sixty (60) day extension of the remaining dates set forth in the Court's Initial Pretrial Order. [Doc. # 105].

5.    Although the Trustee's expert witnesses have been retained, there remains outstanding interrogatories and requests for production that the Trustee requires before her experts finish their analysis.

6.    Counsel of record are working cooperatively to complete this production, but require additional time to gather the documents and resolve any pending objections.

7.    The Trustee believes a substantial portion of the outstanding documents and information will be directly relevant to the analysis being performed by her expert witnesses and therefore requires the additional time to obtain and review these documents before her expert wintesses issue their reports.

8.    People's United Bank, N.A. and GHP Media Inc., by and through their respective counsel, have consented to this Motion.

For the foregoing reasons, the Trustee respectfully requests a ninety (90) day extension of the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses.

Dated at Trumbull, Connecticut on this 1st day of May, 2022.

        BONNIE C. MANGAN,
        CHAPTER 7 TRUSTEE OF
        INTEGRITY GRAPHICS, INC.

By: /s/ David C. Shufrin
    David C. Shufrin, Esq. [ct29230]
    SHUFRIN LAW GROUP
    21 Frelma Drive
    Trumbull, CT 06611
    Tel: 203-307-5001
    David@Shufrinlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: May 1, 2022

                                                                /s/ David C. Shufrin
                                                                David C. Shufrin