# United States Bankruptcy Court
## District of Connecticut



In re:
    Integrity Graphics, Inc.
                     Debtor*

Case Number: 17-21513 jjt
Chapter: 7

Bonnie C. Mangan, Trustee
                     Plaintiff(s)
V.
People's United Bank, N.A. et al.
                     Defendant(s)

Adversary Proceeding
No.: 19-02027 jjt

## ORDER GRANTING MOTION TO EXTEND TIME

Bonnie C. Mangan, Chapter 7 Trustee for Integrity Graphics, Inc. (the "Trustee"), filed a Consented to Motion to extend the remaining dates set fo1th in the Comt's Initial Pretiial Order dated May 1, 2022 (the "Motion", ECF No. 107). After notice and a hearing, *see* 11 U.S.C. § 102(1), it appearing that cause exists to grant the relief sought in the Motion. Accordingly, it is hereby

**ORDERED:** The Motion is GRANTED and remaining deadlines set fo1th in the Comt's Initial Pretrial Order (ECF No. 101), shall be extended by ninety (90) days, including the date that the Trustee must serve opposing counsel with expert witness reports.

Dated at Hartford, Connecticut this 3rd day of May, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut