## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | |
|---|---|
| BONNIE C. MANGAN, Chapter 7 Trustee for<br>INTEGRITY GRAPHICS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE'S UNITED BANK, N.A.,<br>GHP MEDIA INC. AND JOSEPH LAVALLA,<br><br>    Defendants. | )<br>)<br>)<br>)    Adv. Pro. No. 19-02027<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR EXTENSION OF TIME AND MOTION TO COMPEL

Bonnie C. Mangan, Chapter 7 Trustee for Integrity Graphics, Inc. (the "Trustee") hereby moves for an order: (1) compeling Defendant's People's United Bank, N.A. and GHP Media Inc. to comply with the outstanding discovery requests no later than August 15, 2022; and (2) extending the remaining dates set forth in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses, by an additional thirty (30) days. In support thereof, the undersigned represents as follows:

    1.    On July 19, 2021, this Court entered an Initial Pretrial Order in this adversary proceeding [Doc. #101].

    2.    The Initial Pretrial Order provided that: "Any party that intends to call an expert at trial in connection with any claim or defense for which that party has the burden of proof shall serve opposing counsel with reports from retained experts pursuant to Fed R. Civ. P. 26(a)(2) by March 1, 2022."

    3.    On March 4, 2022, the Court approved applications to employee the Trustee's two expert witnesses [Doc. # 94 & 95 in Case No. 17-21513].

4. On March 4, 2022, the Court granted the Trustee's motion for a sixty (60) day extension of the remaining dates set forth in the Court's Initial Pretrial Order. [Doc. # 105].

5. On May 3, 2022, the Court granted the Trustee's motion for an additional nintey (90) day extension [Doc # 108].

6. On June 30, 2022, the Court entered an order stating that: "Final Pretrial Conference is continued and will be held on January 5, 2023 at 12:00 PM at the United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Hartford, CT 06103. Trial shall commence on January 10, 2023 at 11:00 AM."

7. Although the Trustee's expert witnesses have been retained, there remains outstanding interrogatories and requests for production that the Trustee requires before her experts finish their analysis.

8. Although counsel of record had been working cooperatively to complete the production, the Trustee's counsel now believes that the instant motion to compel is necessary to obtain compliance from Defendants, People's United Bank, N.A. ("Peoples") and GHP Media Inc. ("GHP"), and to move this case forward.

9. The Trustee served discovery requests on both Peoples and GHP in January 2022.

10. To date, Peoples has not objected to the Trustee's interrogatires or requests for production. A copy of those discovery requests are attached hereto as Exhibit A.

11. Despite multiple promises from its counsel, Peoples has not responded to the Trustee's interrogatories and has only made a limited document production (which appears to only be emails from counsel's email server and documents that were in counsel's possession).

12. The Trustee seeks an order compeling Peoples to respond to the Trustee's interrogatories and requests for production in full.

13.     GHP Media did timely object to certain of the Trustee's discovery responses, but did not raise objections to all requests and agreed to make certain production notwithstanding such requests.  Although GHP Media has been making rolling productions of documents, the Trustee is still waiting for GHP Media to produce documents from an email search using terms agreed upon between counsel.  More than a month has transpired without any update from GHP Media on its production.  Although the Trustee's counsel inquired about the status by email on July 21, GHP Media's counsel has not responded to that email.[1]

14.     The Trustee seeks an order compeling GHP Media to respond to all discovery requests for which GHP Media has not objected and those for which it has agreed to comply notwithstanding its objection.  A copy of the Trustee's discovery requests with GHP Media's objections and responses is attached hereto as Exhibit B.

15.     The Trustee believes a substantial portion of the outstanding documents and information will be directly relevant to the analysis being performed by her expert witnesses and therefore requires the additional time to obtain and review these documents before her expert wintesses issue their reports.

16.     On July 21, 2022, the Trustee's counsel emailed counsel for each of the defendants and inquired whether they would consent to a motion for an additional 30 day extension of the pre-trial deadlines.  As of the time of this motion, there have been no responses to that request.

For the foregoing reasons, the Trustee respectfully requests an order: (1) compeling Defendant's People's United Bank, N.A. and GHP Media Inc. to comply with the outstanding discovery requests no later than August 15, 2022; and (2) extending the remaining dates set forth

---

[1] On July 21, 2022, Trustee's counsel did receive an automatic reply from Attorney Miltenberger stating that he was "out of the office with limited access to email until August 1."

in the Court's Initial Pretrial Order, including the date by which the Trustee must serve opposing counsel with reports from her expert witnesses, by an additional thirty (30) days.

Dated at Trumbull, Connecticut on this 1st day of August, 2022.

> BONNIE C. MANGAN,
> CHAPTER 7 TRUSTEE OF
> INTEGRITY GRAPHICS, INC.
>
> By: /s/ David C. Shufrin
> David C. Shufrin, Esq. [ct29230]
> SHUFRIN LAW GROUP
> 21 Frelma Drive
> Trumbull, CT 06611
> Tel: 203-307-5001
> David@Shufrinlaw.com

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that on the date set forth below a copy of the foregoing was served by CMECF and/or mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Date: August 1, 2022

                                              /s/ David C. Shufrin
                                              David C. Shufrin