UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| INTEGRITY GRAPHICS, INC., | : | Bankruptcy Case No. 17-21513 (JJT) |
| Debtor. | : | |
| | : | |
| BONNIE MANGAN, TRUSTEE, | : | |
| Plaintiff, | : | Adversary Proceeding No. 19-02027 |
| V. | : | |
| PEOPLE'S UNITED BANK, N.A., et al., | : | |
| Defendants. | : | |

### ORDER AMENDING PRE-TRIAL SCHEDULING ORDER

Upon the motion of GHP Media, Inc. to amend the Pre-Trial scheduling order (ECF No. 122), and good cause having been shown, the court will grant extension of the Pre-Trial deadlines. Accordingly, it is hereby

ORDERED, that the scheduling order proposed in the motion is hereby amended as follows:

a. Rebuttal Experts, due on ore before January 30, 2023
b. Amended Pleading, due on or before February 5, 2023
c. Defendant's Expert Depositions, due on or before February 28, 2023
d. Damage Analysis, due on or before March 6, 2023

ORDERED: The deadline for the filing of dispositive motions on March 6, 2023 and the final pretrial conference date of March 23, 2023 at 11 AM remains unchanged.

Dated at Hartford, Connecticut this 5th day of December, 2022.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut