## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## HARTFORD DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 7 |
| | : | |
| INTEGRITY GRAPHICS, INC., | : | Bankruptcy Case No. 17-21513 (JJT) |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| BONNIE MANGAN, TRUSTEE, | : | |
| | : | |
| Plaintiff, | : | Adversary Proceeding No. 19-02027 (JJT) |
| | : | |
| V. | : | |
| | : | |
| PEOPLE'S UNITED BANK, N.A., et al., | : | |
| | : | |
| Defendants. | : | |

## JOINT PRE-TRIAL ORDER

Pursuant to the Court's Order [ECF 149], the parties, by and through their undersigned counsel, respectfully submit the following proposed pre-trial order.

1. Trial shall commence on March 22, 2024 at 11:00 AM and continued to March 25, 2024 at 10:00 AM at United States Bankruptcy Court, 450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT.

2. Depositions of expert witnesses shall be conducted by February 23, 2024.

3. Any motions for summary judgment shall be filed by March 8, 2024.

4. The parties shall file a joint pretrial statement on or before March 15, 2024. The

joint pretrial statement shall contain:

   (i) a statement of uncontested facts,

   (ii) each parties' proposed witnesses for their case in chief, including a brief statement summarizing such witness's expected testimony, and

   (iii) a list of exhibits, indicating whether the parties have agreed to the admission of such exhibits.

The parties shall meet and confer prior to the submission of the joint pretrial statement to allow adequate time to make diligent and good faith efforts to stipulate to facts and exhibits and avoid unnecessary evidentiary objections.

5. Any motions in limine shall be filed on or before three (3) business days prior to the Trial.

6. All trial exhibits shall be pre-marked and exchanged by counsel at least three (3) business days prior to trial.

7. Any post-trial briefs and proposed findings of fact and conclusions of law shall be submitted by April 22, 2024.

8. The parties may submit rebuttal post-trial briefs by May 7, 2024.

Dated: January 3, 2024

| PEOPLE'S UNITED BANK, N.A. | GHP MEDIA, INC. |
|---|---|
| By: /s/ Nicholas P. Vegliante<br>Nicholas P. Vegliante (ct 28449)<br>Cohn, Birnbaum & Shea P.C.<br>CityPlace II, 15th Floor<br>Hartford, CT 06103<br>Main: (860) 493-2200<br>nvegliante@cbshealaw.com<br>Its Attorneys | By/s/ Timothy Miltenberger<br>Timothy D. Miltenberger (ct08874)<br>Cohn, Birnbaum & Shea P.C.<br>CityPlace II, 15th Floor<br>Hartford, CT 06103<br>Main: (860) 493-2200<br>tmiltenberger@cbshealaw.com<br>Its Counsel |
| BONNIE C. MANGAN, TRUSTEE | JOSEPH LAVALA |
| By: /s/ David C. Shufrin<br>Shufrin Law Group, LLC<br>21 Frelma Drive<br>Trumbull, CT 06611<br>Telephone: (203) 307-5001<br>david@shufrinlaw.com<br>Her Attorney | By: /s/ Jon P. Newton<br>Reid and Riege PC<br>One Financial Plaza<br>Hartford, CT 06103<br>Telephone: (860) 278-1150<br>jnewton@reidandriega.com<br>His Attorney |

**IT IS SO ORDERED** at Hartford, Connecticut this 12th day of January 2024.

James J. Tancredi
United States Bankruptcy Judge
District of Connecticut